UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No.: 0:)-CV-1843 ADM/FLN

Darrell Kind,

Plaintiff,

v.

**ORDER TO EXTEND TIME TO ANSWER**

Sheriff Frank, Sgt. Heinen, Dan Luke, Sgt. Alhgren, Sgt. Wannike, Sgt. Deal, Sharon (Doe) and John Doe 1-10,

Defendants.

---

This matter came on before the Court on defendants' request for an extension of time within which to answer or otherwise respond to the Summons and Complaint in the captioned case.

No appearance was requested or made.

Based upon the affidavit of defendants' attorney, this Court makes the following:

IT IS HEREBY ORDERED;

That defendants above named shall have until October 15, 2000, within which to answer or otherwise respond to the Summons and Complaint served by plaintiff in this matter.

Dated: Nov. 6, 2000

BY THE COURT:

Franklin L. Noel
Magistrate Judge of U.S. District Court

NOV 07 2000
FILED ___________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ___________
DEPUTY CLERK ___________