**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 00-CV-1843 ADM/FLN

Darrell Kind,

Plaintiff,

v.

Sheriff Frank, Sgt. Heinen, Dan Luke, Sgt. Alhgren, Sgt. Wannike, Sgt. Deal, Sharon (Doe) and John Doe 1-10,

Defendants.

**ORDER TO GRANTING LEAVE TO DEPOSE AND AND EXTENDING DISCOVERY PERIOD**

---

This matter came on before the Court on defendants' motion to request leave of the Court to depose plaintiff, an inmate at a federal correctional facility in Greenville, Illinois.

No appearance was requested or made.

Based upon the affidavit of defendants' attorney, this Court makes the following:

**IT IS HEREBY ORDERED;**

1. That defendants are hereby granted leave of Court to depose the plaintiff at the Federal Correctional Facility in Greenville, Illinois, in this matter.

2. That the discovery period in this case shall be extended until June 1, 2001.

Dated: April 10, 2001

**BY THE COURT:**

Franklin L. Noel
Magistrate Judge of U.S. District Court

FILED APR 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK