UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darrell Theodore Kind ,

Plaintiff,

vs.

Sheriff Frank, et al.,

Defendants.

Civil No.: 00-1843 ADM/FLN

**ORDER**

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on May 4, 2001, on Plaintiff's Motions for Production of Documents and a Telephonic Hearing with a Transcribed Record [##27 & 28].

Plaintiff's Motion for Production of Documents [#27] was made without supporting documentation demonstrating that Plaintiff had served discovery requests on any of the Defendants pursuant to Fed. R. Civ. P. 34. While the Court recognizes that Plaintiff is a pro se litigant and that his pleadings should be construed liberally, even liberal construction cannot escape the fact that the requirements of discovery have not been met.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion:

1. For Production of Documents [#27] is **DENIED**. As per this Court's April 10, 2001, Order, the discovery period in this case was extended until June 1, 2001. Accordingly, Plaintiff still has ample time to serve his discovery requests pursuant to Fed. R. Civ. P. 34 and receive written responses from Defendants;

2. For a Telephonic Hearing with a Transcribed Record [#28] is **DENIED**.



FILED MAY 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Dated: MAY 7, 2001

Franklin L. Noel
Chief Magistrate Judge