UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darrell Theodore Kind, Civil No.: 00-1843 ADM/FLN

Plaintiff,

vs. **ORDER**

Sheriff Frank, et al.,

Defendants.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on July 3, 2001, on Plaintiff's Motions: (1) For Court Appointed Experts(s) [#32]; (2) To Compel Answers or Responses to Interrogatories [#42]; (3) To Amend the Complaint [#43]; and (4) For Extension of Time to Respond to Defendants' Motion For Summary Judgment [#46]. No appearance was either requested or made.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion:

1. For Court Appointed Experts(s) [#32] is **DENIED**;
2. To Compel Answers or Responses to Interrogatories Nos. 7 through 9 [#42] is **DENIED**;
3. To Amend the Complaint [#43] is **DENIED**;
4. For Extension of Time to Respond to Defendants' Motion For Summary Judgment [#46] is **GRANTED**. Plaintiff shall have until August 6, 2001, within which to respond to Defendants' Summary Judgment Motion.

Dated: July 5, 2001

Franklin L. Noel
Chief Magistrate Judge

JUL 6 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______