UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DARRELL THEODORE KIND,

Plaintiff,

v. Civil No. 00-1843(ADM/FLN)

SHERIFF FRANK, ET AL.,

Defendants.

---

Before the court is Plaintiff's Motion Requesting Time of Leave to File in the above matter. IT IS HEREBY ORDERED THAT Plaintiff's Motion is GRANTED. Plaintiff shall have until February 22, 2002, to file and serve any objections to the Report and Recommendation.

Dated: February 8, 2002

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FEB 08 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK