# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Darrell Theodore Kind

Plaintiff

v.

Sheriff Frank, Sgt. Heinen, Dan Luke, Sgt. Alhgren and Sgt. Wanike

Defendants

Case No. Civil 00-1843 ADM/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Noel's R&R of January 22, 2002 is adopted in its entirety. Plaintiff's objections to the R&R are denied. Defendants' motion for summary judgment is granted. Plaintiff's motions for court appointed expert and production of documents are moot and therefore denied.

DATE: March 19, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk