# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

00-1843 ADM/FLN

No. 02-1969

| | |
|---|---|
| Darrell Theodore Kind, | * |
| Appellant, | * |
| vs. | * Appeal from the United States District Court for the District of Minnesota |
| Sheriff Frank; Sgt. Heinen; Dan Luke; Sgt. Alhgren; Sgt. Wanike, | * |
| Appellees. | * |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 30, 2003

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

THE ORIGINAL
CLERK
U.S. COURT OF APPEALS
EIGHTH CIRCUIT
Michael E. Gans

FILED 6-23-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK